IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dawn Powell, | : | |
| Plaintiff, | : | Civil Action 2:12-cv-070 |
| v. | : | Judge Sargus |
| Franklin County, Ohio, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

This matter is before the Court pursuant to Plaintiff's Motion to Consolidate and Adopt Scheduling Orders (Doc. 5). Plaintiff requests that the Court consolidate this case together with the following consolidated actions: *Shreve, et al., v. Franklin County, Ohio, et al.*, 2:10-cv-644; *Bradley, et al., v. Franklin County, Ohio, et al.*, 2:11-cv-261; and *Worley, et al., v. Franklin County, Ohio, et al.*, 2:11-cv-415. Plaintiff requests further that this Court adopt the amended scheduling orders and orders setting trial dates in the consolidated actions for this case.

For good cause shown, and Defendants having made no objection, the motion (Doc. 5) is **GRANTED**. It is hereby **ORDERED** that this case be consolidated with Cases Nos. 2:10-cv-644, 2:11-cv-261, and 2:11-cv-415. It is further **ORDERED** that the Amended Scheduling Orders (Docs. 143, 43, 22) and Orders Setting Trial Dates (Docs. 146, 48, 25) in the consolidated actions are **ADOPTED** in and applicable to this action as well.

s/ _____  3-22-2011
United States District Judge