**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Shreve, et al.,** | : | **Case No. 2:10-cv-644** |
| Plaintiffs, | : | |
| -vs- | : | **Judge: Sargus** |
| **Franklin County, Ohio et al.,** | : | **Magistrate Judge: Abel** |
| Defendants. | : | |
| **Bradley, et al.,** | : | **Case No. 2:11-cv-261** |
| Plaintiffs, | : | |
| -vs- | : | **Judge: Sargus** |
| **Franklin County, Ohio et al.,** | : | **Magistrate Judge: Abel** |
| Defendants. | : | |
| **Worley, et al.,** | : | **Case No. 2:11-cv-415** |
| Plaintiffs, | : | |
| -vs- | : | **Judge: Sargus** |
| **Franklin County, Ohio et al.,** | : | **Magistrate Judge: Abel** |
| Defendants. | : | |
| **Dawn Powell.,** | : | **Case No. 2:12-cv-070** |
| Plaintiff, | : | |
| -vs- | : | **Judge:  Sargus** |
| **Franklin County, Ohio et al.,** | : | **Magistrate Judge:  Abel** |
| Defendants. | : | |

## **NOTICE OF SETTLEMENT**

Plaintiffs Dawn Fiore-Bruno, Nicole Bradley, Frankie Mosley, and Dawn Powell hereby provide notice to this Court of the settlement of their claims for damages.  Plaintiffs will be filing Notices of Dismissal pursuant to Civ. R. 41(a)(1)(A)(ii) in the coming weeks, upon the fulfillment of the terms of the settlements.

        Respectfully submitted,

        s/Kristen Henry
        Kristen N. Henry (0082382)
        Trial Attorney for Plaintiff
        khenry@disabilityrightsohio.org
        Kerstin Sjoberg-Witt (0076405)
        ksjoberg-witt@disabilityrightsohio.org
        Legal Director
        Ohio Disability Rights Law and Policy Center, Inc.
        DISABILITY RIGHTS OHIO
        50 W. Broad Street, Suite 1400
        Columbus, Ohio  43215
        (614) 466-7264 - phone
        (614) 644-1888 - fax

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Settlement was filed electronically on this 2nd day of January, 2013 with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all registered parties.

                Respectfully submitted,

                s/Kristen Henry
                Kristen N. Henry (0082382)
                khenry@disabilityrightsohio.org
                Trial Attorney for Plaintiff